1
2
3
4
5

Trevor R. Pincock
WSBA #36818
Lukins & Annis, P.S.
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

6
7

Attorney for Plaintiff BMO Bank, N.A.

8
9

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

10
11
12
13
14
15

| | |
|---|---|
| BMO BANK N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>ROB MORRIS TRUCKING, INC., and ROBERT MORRIS<br><br>Defendants. | NO. 2:25-CV-00013<br><br>**MOTION FOR ORDER OF DEFAULT** |

16
17
18
19
20
21
22
23
24
25
26

Plaintiff BMO Bank N.A., a national banking association ("BMO"), by and through its attorney, Trevor R. Pincock of Lukins & Annis P.S., hereby moves the Court pursuant to Fed. R. Civ. P. 55(a) for an Order taking and entering Default against Defendants Rob Morris Trucking, Inc. and Robert Morris for their failure to plead or otherwise defendant against this action in a timely manner. Venue in this matter is proper pursuant to 28 U.S.C. § 1409.

This Motion for Order of Default is based on the Affidavit of Trevor R. Pincock, which is being filed contemporaneously herewith, and upon the files and records herein.

**MOTION FOR ORDER OF DEFAULT: 1**

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01751077 6/3/25

1    DATED this 3rd day of June, 2025.

2                                    LUKINS & ANNIS, P.S.

3

4                          By _____

5                                    TREVOR R. PINCOCK

6                                    WSBA #36818
                                     Attorneys for Plaintiff
7                                    BMO Bank, N.A.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**MOTION FOR ORDER OF DEFAULT: 2**

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

01751077  6/3/25