FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**BMO Bank N.A.**
*A national banking association*
        Plaintiff,

vs.

**Rob Morris Trucking Inc**. and
**Robert Morris**
        Defendants.

**2:25-cv-00013-TOR**

Clerk's Order of Default

    It appears that Rob Morris Trucking Inc. and Robert Morris have failed to answer, plead, obtain counsel, or otherwise defend their claim. Rob Morris Trucking Inc. and Robert Morris' defaults are hereby entered.

    DATED this  5th  day of June 2025.

                                                          _____
                                                          Sean P. McAvoy
                                                          Clerk of Court

Clerk's Order of Default            1
25cv13tor Motion for Default