FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BMO BANK N.A., a national banking association,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROB MORRIS TRUCKING, INC. and ROBERT MORRIS,<br><br>　　　　Defendants. | No. 2:25-CV-0013-TOR<br><br>ORDER GRANTING DEFAULT JUDGMENT |

BEFORE THE COURT is Plaintiff's Motion for Default Judgment. ECF No. 9. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed.

**DISCUSSION**

The Clerk of Court entered an Order of Default on June 5, 2025. ECF No. 8. Defendants have not responded to this lawsuit. Plaintiff moves for default judgment against the Defendants because they were served with the summons and complaint and have failed to appear or defend. ECF No. 9. Under Federal Rule of

ORDER GRANTING DEFAULT JUDGMENT ~ 1

Civil Procedure 55, obtaining a default judgment is a two-step process: (1) entry of default and (2) entry of default judgment.  A party must first file a motion for entry of default, obtain a Clerk's Order of Default, and then file a separate motion for default judgment.  *See* Local Rule 55.1.  The Clerk's Order of Default was entered June 5, 2025.

Then, to obtain a default judgment, the moving party must set forth by declaration or affidavit (A) whether the party against whom judgment is sought is an infant or an incompetent person and, if so, whether that person is represented by a general guardian, conservator, or other like fiduciary; and (B) attest that the Servicemembers Civil Relief Act, 50 U.S.C. App. §§ 501-597b, does not apply. LR 55.1(b)(1).  This has also been accomplished.

All of the prerequisites for entry of default judgment have been satisfied.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Default Judgment, ECF No. 9, is **GRANTED**.
2. Judgment is entered for money damages in favor of Plaintiff and against ROB MORRIS TRUCKING, INC. and ROBERT MORRIS, jointly and severally, in the amount of $350,745.52 (consisting of $286,140.39 in principal, $38,066.53 in accrued and unpaid interest, and $14,468.53 in accrued and unpaid fees; and $12,070.07 in reasonable attorneys' fees and expenses) as of July 17, 2025, with interest accruing thereon in the amount

of $153.49 per diem after July 17, 2025 through and until the date of this Judgment.

3. The Clerk of Court shall enter Judgment accordingly, noting the applicable statutory interest rate, 28 U.S.C. § 1961.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 8, 2025.

*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFAULT JUDGMENT ~ 3