AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 08, 2025**

SEAN F. McAVOY, CLERK

BMO BANK N.A., a national banking association,

*Plaintiff*

v.

ROB MORRIS TRUCKING, INC. and ROBERT MORRIS,

*Defendant*

Civil Action No. 2:25-CV-0013-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered for money damages in favor of Plaintiff and against ROB MORRIS TRUCKING, INC. and ROBERT MORRIS, jointly and severally, in the amount of $350,745.52 (consisting of $286,140.39 in principal, $38,066.53 in accrued and unpaid interest, and $14,468.53 in accrued and unpaid fees; and $12,070.07 in reasonable attorneys' fees and expenses) as of July 17, 2025, with interest accruing thereon in the amount of $153.49 per diem after July 17, 2025 through and until the date of this Judgment. Interest shall accrue on the judgment at the post-judgment interest rate authorized by 28 U.S.C. § 1961(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice

Date: 9/8/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams