FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BMO BANK N.A., a national banking association,<br><br>      Plaintiff,<br><br> v.<br><br>ROB MORRIS TRUCKING, INC. and ROBERT MORRIS,<br><br>      Defendants. | No. 2:25-CV-0013-TOR<br><br>ORDER GRANTING MOTION TO MODIFY JUDGMENT |

BEFORE THE COURT is Plaintiff's Motion to Modify Judgment. ECF No. 16. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed.

**DISCUSSION**

The Court previously granted Plaintiff's motion for default judgment against Defendants, jointly and severally, in the amount of $350,745.52 (consisting of $286,140.39 in principal, $38,066.53 in accrued and unpaid interest, and $14,468.53 in accrued and unpaid fees; and $12,070.07 in reasonable attorneys'

ORDER GRANTING MOTION TO MODIFY JUDGMENT ~ 1

fees and expenses) as of July 17, 2025, with interest accruing thereon in the amount of $153.49 per diem after July 17, 2025 through and until the date of the Court's Judgment.  ECF No. 14.

Plaintiff now asserts that the judgment did not account for proceeds of sale of collateral that Plaintiff received after July 17, 2025 which reduced the principal amount owed from $350,745.52 to $226,408.72.  ECF No. 16.  Plaintiff therefore moves pursuant to Federal Rule of Civil Procedure Rule 60(a) to modify the judgment to accurately reflect the amount due and owing as of September 8, 2025, when judgment was entered.  ECF No. 16 at 2.  Rule 60(a) provides that a "court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Modify Judgment, ECF No. 16, is **GRANTED**.

2. An Amended Judgment is entered for money damages in favor of Plaintiff and against ROB MORRIS TRUCKING, INC. and ROBERT MORRIS, jointly and severally, in the amount of $269,435.38 (consisting of $226,408.72 in principal, $19,383.38 in accrued and unpaid interest, and $11,573.21 in accrued and unpaid fees; and $12,070.07 in reasonable attorneys' fees and expenses) as of September 8, 2025.  Interest shall

ORDER GRANTING MOTION TO MODIFY JUDGMENT ~ 2

thereafter accrue on the judgment at the post-judgment interest rate authorized by 28 U.S.C. § 1961(a).

3. The Clerk of Court shall enter an Amended Judgment accordingly, noting the applicable statutory interest rate, 28 U.S.C. § 1961.

The District Court Executive is directed to enter this Order and furnish copies to counsel. The file shall remain **CLOSED**.

**DATED** April 6, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO MODIFY JUDGMENT ~ 3